John B. Barriage (CA State Bar No. 120462)
7850 S. Procyon Avenue
Las Vegas, Nevada 89139
Telephone: (619) 364-6537
E-mail: johnbarriage@aim.com

Attorney for Plaintiff
SHLOMO OVIADA

MESSNER REEVES LLP
Charles C. Cavanagh (CA State Bar No. 198468)
1430 Wynkoop Street, Suite 300
Denver, Colorado 80202
Telephone: (303) 623-1800
Facsimile: (303) 623-0552
E-mail: ccavanagh@messner.com

Eric De Wames (CA State Bar No. 229745)
11620 Wilshire Blvd., Suite 900
Los Angeles, CA 90025
Telephone: (310) 909-7440
Facsimile: (310) 889-0896
E-mail: edewames@messner.com

Attorneys for Defendant
CHIPOTLE MEXICAN GRILL, INC.

IT IS SO ORDERED
Judge Thelton E. Henderson
4/26/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHLOMO OVIADA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHIPOTLE MEXICAN GRILL, INC.;<br>DOES 1-5, inclusive,<br><br>　　　　Defendants. | Case No. 3:16-cv-5987-TEH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)(1)(A)(ii)]<br><br>Judge:　　Hon. Thelton E. Henderson<br>Courtroom: 12 (19th Floor)<br><br>Removal Date: October 17, 2016<br>Trial Date:　　January 30, 2018 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Shlomo Ovadia (sometimes mistakenly referred to in the Complaint as "Shlomo Oviada") and

---
**STIPULATION OF DISMISSAL WITH PREJUDICE**

defendant Chipotle Mexican Grill, Inc., by and through their respective counsel of record, hereby stipulate to the dismissal, with prejudice, of this action.

Respectfully submitted,

Dated: April 15, 2017

_____
John B. Barriage
*Attorney for Plaintiff*
SHLOMO OVIADA

Dated: April 25, 2017

_____
Charles C. Cavanagh
*Attorney for Defendant*
CHIPOTLE MEXICAN GRILL, INC.

**STIPULATION OF DISMISSAL WITH PREJUDICE**